IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA LINDERMAN,

        Plaintiff,

  v.

ASTRAZENECA PHARMACEUTICALS,

        Defendant.
_____/

No. C 06-00614 CW

ORDER TEMPORARILY STAYING ACTION

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court.

**Plaintiff shall serve on all other parties a copy of this Order.**

Dated: July 13, 2006

                                CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California